IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:24-cr-00304 |
|---|---|---|
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| v. | ) | 18 U.S.C. § 924(e) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 18 U.S.C. § 1366(a) |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 18 U.S.C. § 981(a)(1)G) |
| | ) | 28 U.S.C. § 2461 |
| | ) | |
| **DONALD RAY HURST JR.** | ) | **SUPERSEDING INDICTMENT** |

### COUNT 1

THE GRAND JURY CHARGES:

That beginning at a time unknown to the Grand Jury, but beginning at least in or around April of 2023 and continuing thereafter, up to and including April 2, 2024, in the District of South Carolina, the Defendant, **DONALD RAY HURST JR.,** knowingly possessed firearms in and affecting commerce, to wit, a Taurus Model PT 92, 9mm pistol and a Walther, Model P22, .22 caliber pistol, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That between on or about August 9, 2023, and on or about August 14, 2023, in the District of South Carolina, the Defendant, **DONALD RAY HURST JR.,** did knowingly and willfully damage and attempt to damage the property of an energy facility involved in the production, storage, transmission, and distribution of electricity, in an amount exceeding or which would have exceeded $100,000 and did cause a significant interruption or impairment of a function of the energy facility;

In violation of Title 18, United States Code, Section 1366(a).

**FORFEITURE**

FIREARM OFFENSE:

Upon conviction for felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Superseding Indictment, the Defendant, **DONALD RAY HURST JR.**, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to:

    (a)    any firearms and ammunition (as defined in 18 U.S.C. § 921) –

        (1)    involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

DESTRUCTION OF AN ENERGY FACILITY:

Upon conviction for violation of Title 18, United States Code, Section 1366 as charged in this Superseding Indictment, the Defendant, **DONALD RAY HURST JR.**, shall forfeit to the United States any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the offenses, and any property, real or personal, which constitutes, is traceable, or is derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C) and 981(a)(1)(G), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Superseding Indictment includes, but is not limited to, the following:

    A.    <u>Firearms</u>:

        (1)    Taurus Model PT 92, 9mm pistol
                Serial Number: TEX47387
                Asset ID: 24-FBI-003962

        (2)    Walther, Model P22, .22 caliber pistol
                Serial Number: Z044967
                Asset ID: 24-FBI-003962

    B.    <u>Cash Proceeds / Forfeiture Judgment</u>:

        A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offenses charged in this Superseding Indictment, and all interest and proceeds traceable thereto, and/or that such sum equals all property derived from or traceable to his violation of 18 U.S.C. § 1366.

SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant-

    A.    Cannot be located upon the exercise of due diligence;
    B.    Has been transferred or sold to, or deposited with, a third person;
    C.    Has been placed beyond the jurisdiction of the court;
    D.    Has been substantially diminished in value; or
    E.    Has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendants up to the value of the forfeitable property.

Pursuant to Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C) and 981(a)(1)(G), and Title 28, United States Code, Section 2461(c).

A _____TRUE_____ Bill



FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Lamar J. Fyall (Fed. ID #13629)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:  803-929-3000
Fax:  803-256-0233
Email: Lamar.Fyall@usdoj.gov

5