IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**UNITED STATES OF AMERICA**

VS                                                                    CR NO. **3:24-304**

**CHAD ALLEN KRON**

# PLEA

The defendant, **CHAD ALLEN KRON**, having withdrawn his plea of Not Guilty entered September 9, 2024, pleads **GUILTY** to Count **1** of the **Second Superseding Indictment** after arraignment in open court.

_____
(Signed) Defendant

Columbia, South Carolina
August 13, 2025